CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:     (808) 464-4047
Facsimile:     (202) 204-5181
E-Mail:        kculpepper@culpepperip.com

Attorney for Plaintiffs:
Hunter Killer Productions, Inc.;
Bodyguard Productions, Inc.;
Morgan Creek Productions, Inc.;
Voltage Holdings, LLC; and
Rambo V Productions, Inc.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| Hunter Killer Productions, Inc. *et al.*, | ) | **Case No.: 3:20-cv-00306-FM** |
|---|---|---|
| Plaintiffs, | ) | (Copyright) |
| vs. | ) | **PLAINTIFFS MOTION FOR DEFAULT JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; EXHIBIT "1"; DECLARATION OF COUNSEL; DECLARATION OF JOSHUA J. LEE; DECLARATION OF STEPHANIE KESSNER; CERTIFICATE OF SERVICE** |
| SABRINA BOYLAN, | ) | |
| Defendant. | ) | |

### PLAINTIFFS' MOTION FOR DEFAULT JUDGEMENT

Plaintiffs Hunter Killer Productions, Inc; Bodyguard Productions, Inc.; Morgan Creek Productions, Inc.; Voltage Holdings, LLC; and Rambo V Productions, Inc. ("Plaintiffs"), by and through their counsel, respectfully move for this Court to enter a default judgment in Plaintiffs' favor for the relief demanded in the First Amended Complaint ("FAC") pursuant to Fed. R. Civ. P. 55(b)(2) on the grounds that Defendant Sabrina Boylan ("Defendant") has failed to answer or otherwise defend the FAC, and Plaintiff is entitled to judgment as a matter of law against

Defendant. Plaintiffs seeks judgment against Defendant for statutory damages in the amount of $150,000 for copyright infringements of Plaintiffs' copyright protected motion pictures and $10,000 for violations of the integrity of their copyright management information. Plaintiff also seeks taxable costs of $834.40 and attorney's fees of $9,913.

Additionally, Plaintiff requests that the Court grant their request for injunctive relief, permanently barring Defendant from directly and contributorily infringing Plaintiffs' copyrights in their motion pictures and violating the integrity of the copyright management information of their motion pictures.

This motion is based upon the Memorandum in Support, the supporting Exhibit, Declarations, and the pleadings and record herein. Plaintiffs request that this motion be decided without a hearing.

Plaintiffs' counsels' multiple attempts to confer with Defendant per Fed. R. Civ. P. 26(f) by communicating with her by email or first class mail have been futile. Accordingly, Plaintiffs' counsel is unable to confer with Defendant prior to the filing of this motion.

DATED: Kailua-Kona, Hawaii, June 2, 2021.

/s/ Kerry S. Culpepper
Kerry S. Culpepper
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone:    (808) 464-4047
Facsimile:    (202) 204-5181
E-Mail:       kculpepper@culpepperip.com
Attorney for Plaintiffs