CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:     (808) 464-4047
Facsimile:     (202) 204-5181
E-Mail:        kculpepper@culpepperip.com

Attorney for Plaintiffs:
Hunter Killer Productions, Inc.;
Bodyguard Productions, Inc.;
Morgan Creek Productions, Inc.;
Voltage Holdings, LLC; and
Rambo V Productions, Inc.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| Hunter Killer Productions, Inc. *et al.*, | ) | **Case No.: 3:20-cv-00306-MAT** |
| | ) | (Copyright) |
| Plaintiffs, | ) | |
| vs. | ) | **MOTION FOR RECONSIDERATION** |
| | ) | **OF ORDER DENYING MOTION FOR** |
| SABRINA BOYLAN, | ) | **DEFAULT JUDGMENT; EXHIBIT "1"** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION FOR**

**DEFAULT JUDGMENT**

Pursuant to Fed. R. Civ. P. 60(b), Plaintiffs Hunter Killer Productions, Inc., Bodyguard Productions, Inc., Morgan Creek Productions, Inc., Voltage Holdings, LLC and Rambo V Productions, Inc. ("Plaintiffs") hereby respectfully move this Court to reconsider the Order Denying their Motion for Default Judgment against Defendant Sabrina Boylan ("Order") [Doc. #17].

On April 29, 2021, Plaintiffs filed a First Amended Complaint ("FAC") [Doc. #12] by

priority mail.  Defendant Sabrina Boylan ("Defendant") was personally served a copy of the FAC on May 3, 2021.  *See* Declaration of Service [Doc. #13], Proof of Service [Doc. #13-1].  Plaintiffs requested Entry of Default on May 24, 2021.  *See* Request for Entry of Default [Doc. #14].  On May 25, 2021, the Clerk of the Court entered default on all claims pled in the FAC against Defendant per Rule 55(a).  *See* Entry of Default [Doc. #15] (attached as Exhibit "1).  On Jun 2, 2021, *after* the Clerk's entry of default, Plaintiffs filed their Motion for Default Judgment ("Motion") [Doc. #16].  On June 25, 2021, the Court issued the Order denying the Motion for "failure to move for entry of default by the clerk's office under Rule 55(a)."  Order at pg. 2.

Fed. R. Civ. P. 60(b) provides that "On motion and just terms, the court may relieve a party …from [an] …order… for the following reasons: (1) mistake… or (6) any other reason that justifies relief."  Rule 60(b) allows the trial court to "correct obvious errors or injustices." *Fackelman v. Bell*, 564 F.2d 734, 736 (5th Cir.1977).

Plaintiffs respectfully submit that they did move for entry of default as required Fed. R. Civ. P. 55(a) in their request [Doc. #14] of May 24, 2021 as required prior to seeking default judgment under Fed. R. Civ. P. 55(b).  Although the Plaintiffs inadvertently referred to Fed. R. Civ. P. 26(d)(1) in their request, the proposed entry of default endorsed by the Clerk and issued refers explicitly to Fed. R. Civ. P. 55(a).  Exhibit "1" ("as provided in Rule 55(a)…").

Accordingly, Plaintiffs respectfully request that the Court reconsider its Order Denying Plaintiffs' Motion for Default Judgment and grant the Motion.

DATED: Kailua-Kona, Hawaii, June 25, 2021.

/s/ Kerry S. Culpepper
Kerry S. Culpepper
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone:	(808) 464-4047

Facsimile: (202) 204-5181
E-Mail: kculpepper@culpepperip.com
Attorney for Plaintiffs