UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| HUNTER KILLER PRODUCTIONS, INC.; BODYGUARD PRODUCTIONS, INC.; MORGAN CREEK PRODUCTIONS, INC.; VOLTAGE HOLDINGS, LLC; RAMBO V PRODUCTIONS, INC, | § § § § § § § | |
| Plaintiffs, | § § | EP-20-CV-00306-FM |
| v. | § § | |
| SABRINA BOYLAN, | § § § | |
| Defendant. | § § | |

### FINAL JUDGMENT

In accordance with "Order Granting Motion to Reconsider and Default Judgment" [ECF No. 20], entered July 29, 2021, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that all claims are **DISMISSED WITH PREJUDICE.**

2. It is **FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT.**

3. It is **FURTHER ORDERED** the Clerk of the Court is **INSTRUCTED** to **CLOSE** the case.

SIGNED AND ENTERED this 29 day of July 2021.

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

1