CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:     (808) 464-4047
Facsimile:     (202) 204-5181
E-Mail:        kculpepper@culpepperip.com

Attorney for Plaintiffs/Judgment Creditors:
Hunter Killer Productions, Inc.;
Bodyguard Productions, Inc.;
Morgan Creek Productions, Inc.;
Voltage Holdings, LLC; and
Rambo V Productions, Inc.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| Hunter Killer Productions, Inc. *et al.*, | Case No.: 3:20-cv-00306-MAT |
| Plaintiffs/Judgment Creditors, | (Copyright) |
| vs. | **APPLICATION FOR ISSUANCE OF WRITS OF GARNISHMENT AND ATTORNEY'S FEES AND COSTS** |
| Sabrina Boylan, | |
| Defendant/Judgment Debtor, | |
| and | |
| The Bancorp Bank, FirstLight Federal Credit Union, Stride Bank N.A. and Sutton Bank, | |
| Garnishees. | |

**APPLICATION FOR ISSUANCE OF WRITS OF GARNISHMENTS AND ATTORNEY'S FEES AND COSTS**

Pursuant to Fed. R. Civ. P. 54(d)(2), 64, 69(a), TX CIV PRAC & REM § 63.001 and

Tex. R. Civ. P. 621a, 622, 657, Plaintiffs/Judgment Creditors Hunter Killer Productions, Inc.,

Bodyguard Productions, Inc., Morgan Creek Productions, Inc., Voltage Holdings, LLC and Rambo

V Productions, Inc. ("Plaintiffs") hereby move this Court for issuance of Writs of Garnishments to the following banks believed to hold funds of Judgment Debtor/Defendant Sabrina Boylan ("Defendant"): The Bancorp Bank; FirstLight Federal Credit Union; Stride Bank N.A.; and Sutton Bank, and for attorney's fees and costs for enforcing the enforcement.

## I.      APPLICABLE LAW

Fed. R. Civ. P. 64 provides that "…remedies available under this rule include…regardless of whether state procedure requires an independent action…garnishment…"

Fed. R. Civ. P. 69(a)(1) states that "…The procedure on execution [of a writ of execution]…must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies".

TX CIV PRAC & REM § 63.001 provides the procedures for writs of garnishments and states: A writ of garnishment is available if: (3) a plaintiff has a valid, subsisting judgment and makes an affidavit stating that, within the plaintiff's knowledge, the defendant does not possess property in Texas subject to execution sufficient to satisfy the judgment.

Tex. R. Civ. P. 622 states that "The clerk…shall tax the costs in every case in which a final judgment has been rendered and shall issue execution to enforce such judgment and collect such costs."

## II.     ARGUMENT

### A.      Plaintiffs have complied with the procedures of § 63.001.

In the Final Default Judgment of July 28, 2021, the Plaintiffs were awarded a money judgment of $16,930 against Defendant excluding interest provided by 28 U.S.C. §1961 which is still valid and subsisting. *See* Exhibit "A". The automatic 30 day stay of Fed. R. Civ. P. 62(a) has expired.

Within the Plaintiffs' knowledge, the Defendant does not possess property in Texas subject to execution sufficient to satisfy the judgment. *See* Affidavit of Kerry S. Culpepper at ¶10.

Accordingly, Plaintiffs have a right to issuance of writs of garnishment as provided by § 63.001(3).

**B.     Plaintiffs should be able to request their attorneys' fees for enforcing the money judgment in a turnover order.**

Plaintiffs have incurred attorney's fees to enforce the money judgment due to Defendant's refusal to pay the money judgment or even reply to Plaintiffs' counsel. Under Tex. R. Civ. P. 622, as applicable via Fed. R. Civ. P. 69 and also under Fed. R. Civ. P. 54(d)(2), Plaintiffs are entitled to recover, and hereby seeks, their costs and attorney's fees of **$6,311.00** from Defendant. Accordingly, Plaintiffs request that their fees and costs be awarded and that they be permitted to add the amount of their fees and costs to the amount to be garnished and/or requested in a turnover order.

**III.    CONCLUSION**

For the foregoing reasons, Plaintiffs respectfully request that this Court grant this application and issue the proposed writs of garnishments and award them attorney's fees and costs.

DATED: Kailua-Kona, Hawaii, July 13, 2022.

/s/ Kerry S. Culpepper
Kerry S. Culpepper
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone:     (808) 464-4047
Facsimile:     (202) 204-5181
E-Mail:        kculpepper@culpepperip.com
Attorney for Plaintiffs/Judgment Creditors