

KERRY S. CULPEPPER *

* ADMITTED TO PRACTICE IN VIRGINIA, HAWAI'I
AND BEFORE THE USPTO

# CULPEPPER IP, LLLC

ATTORNEY AT LAW

75-170 HUALALAI ROAD, SUITE B204
KAILUA-KONA, HI 96740

TEL: (808) 464-4047
FAX: (202) 204-5181

WWW.CULPEPPERIP.COM

PATENTS, TRADEMARKS & COPYRIGHTS

<u>Via ECF</u>

Sept. 14, 2022

U.S. District Judge Frank Montalvo
United States District Court – Western District of Texas
525 Magoffin Avenue, Suite 105
El Paso, Texas 79901

Re:  Application for Writ [Doc. #22] for Case No.: 3:20-CV-00306-FM

Dear Judge Montalvo,

Judgment Creditor's/Plaintiff's write to inquire about status of the application for writ [Doc. #22] filed on July 12, 2022.

Respectfully,

Kerry S. Culpepper,
kculpepper@culpepperip.com
copy by first class mail to:
Sabrina Nicole Boylan
5853 SNARK LN
EL PASO, TX 79924-4940