**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **HUNTER KILLER PRODUCTIONS, INC.; BODYGUARD PRODUCTIONS, INC.; MORGAN CREEK PRODUCTIONS, INC.; VOLTAGE HOLDINGS, LLC; and RAMBO V PRODUCTIONS, INC.,** | § § § § § § § § § | |
| Plaintiffs, | § § | EP-20-CV-00306-FM |
| v. | § § | |
| **SABRINA BOYLAN,** | § § | |
| Defendant. | § | |

**ORDER GRANTING APPLICATION FOR WRITS OF GARNISHMENT**

Before the court is "Application for Issuance of Writs of Garnishment and Attorney's Fees and Costs" [ECF No. 22], filed August 13, 2022, by Hunter Killer Productions, Inc., Bodyguard Productions, Inc., Morgan Creek Productions, Inc., Voltage Holdings, LLC, and Rambo V Productions, Inc. ("Plaintiffs"). Therein, Plaintiffs move this court to issue writs of garnishment "to certain banks believed to hold funds of Judgment Debtor/Defendant Sabrina Boylan."[1]

Plaintiffs' application complies with Federal Rules of Civil Procedure Rule 69 and Texas Civil Practice and Remedies Code Section 63.001. Thus, in accordance with the court's "Final Judgment" [ECF No. 21], it is in the interest of justice to grant the application.[2]

---

[1] "Application for Issuance of Writs of Garnishment and Attorney's Fees and Costs" 2, ECF No. 22, filed Aug. 13, 2022.

[2] "Final Judgment" 1, ECF No. 12, entered Mar. 18, 2020; *see* FED. R. CIV. P. 69(a)(1).

1

2

Accordingly, it is **HEREBY ORDERED** that "Application for Issuance of Writs of Garnishment and Attorney's Fees and Costs" [ECF No. 22] is **GRANTED**.

**SIGNED AND ENTERED** this **5th** day of **October 2022**.

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**