UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| Hunter Killer Productions, Inc. *et al.*, | ) **Case No.: 3:20-cv-00306-FM** |
| | ) (Copyright) |
| Plaintiffs/Judgment Creditors, | ) |
| vs. | ) |
| | ) |
| Sabrina Boylan, | ) |
| | ) |
| Defendant/Judgment Debtor, | ) |
| | ) |
| and | ) |
| | ) |
| The Bancorp Bank, FirstLight Federal Credit Union, Stride Bank N.A. and Sutton Bank, | ) |
| | ) |
| Garnishees. | ) |

## WRIT OF GARNISHMENT

The State of Texas. To <u>FirstLight Federal Credit Union</u>, Garnishee, greeting:

Whereas, in the UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS EL PASO DIVISION, in a Cause Number **20-cv-00306-FM** wherein <u>Hunter Killer Productions, Inc; Bodyguard Productions, Inc.; Morgan Creek Productions, Inc.; Voltage Holdings, LLC; and Rambo V Productions, Inc.</u> are Plaintiffs and <u>Sabrina Boylan</u> is Defendant, the Plaintiffs secured a judgment against said <u>Sabrina Boylan</u> of <u>$16,930.00</u> dollars, besides interest of $11.30 and costs of suit, has applied for a writ of garnishment against you, <u>FirstLight Federal Credit Union</u>;

THEREFORE YOU ARE HEREBY COMMANDED by the Monday next following the expiration of twenty days from the date of service hereof to do the following:

Serve an Answer as Garnishee on Counsel for Plaintiffs and file your answer with the

Court. In your answer, state under oath:

What, if anything, you are indebted to said Sabrina Boylan, and were when this writ was served upon you, and what effects, if any, of the said Sabrina Boylan you have in your possession, and had when this writ was served, and what other persons, if any, within your knowledge, are indebted to the said Sabrina Boylan or have effects belonging to her in their possession.

You are further commanded NOT to pay to Defendant Sabrina Boylan any debt or to deliver to Sabrina Boylan any effects, pending further order of this court. Herein fail not, but make due answer as the law directs.

Your answer should be served on Plaintiffs' counsel of record in the action who consents to service by email:

Kerry S. Culpepper, Esq.
kculpepper@culpepperip.com
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740

Clerk, _____PHILIP J. DEVLIN_____.

Deputy Clerk, _Michael L. Trujillo_.

Dated: El Paso, TX, _October 12, 2022_