CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:  (202) 204-5181
E-Mail:  kculpepper@culpepperip.com

Attorney for Plaintiffs/Judgment Creditors:
Hunter Killer Productions, Inc.;
Bodyguard Productions, Inc.;
Morgan Creek Productions, Inc.;
Voltage Holdings, LLC; and
Rambo V Productions, Inc.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| Hunter Killer Productions, Inc. *et al.*, | Case No.: 3:20-cv-00306-FM |
| Plaintiffs/Judgment Creditors, | (Copyright) |
| vs. | **PLAINTIFFS' MOTION TO (1) COMPEL DEFENDANT SABRINA BOYLAN TO ANSWER WRITTEN INTERROGATORIES AND (2) DEEM THE REQUESTS FOR ADMISSION ADMITTED** |
| Sabrina Boylan, | |
| Defendant/Judgment Debtor. | |

**PLAINTIFFS' MOTION TO (1) COMPEL DEFENDANT SABRINA BOYLAN TO ANSWER WRITTEN INTERROGATORIES AND (2) DEEM THE REQUESTS FOR <u>ADMISSION ADMITTED</u>**

1

1.      Plaintiffs, by and through counsel, hereby move for this Court to issue an Order compelling SABRINA BOYLAN ("Defendant") to answer written interrogatories served upon her and to deem the requests for admission also served upon Defendant admitted. This Motion is pursuant to the Court's Order [Doc. #20] of July 28, 2021 granting default judgment and Rules 33, 36, 37, 45 and 69 of the *Federal Rules of Civil Procedure*.

I.      **RELEVANT FACTUAL BACKGROUND**

2.      On Dec. 9, 2020, Plaintiffs filed the Complaint [Doc. #1] against Defendant.

3.      On July 28, 2021, the Court granted default judgment including a money judgment of $16,930.00 excluding interest against Defendant. *See* Order [Doc. #20-21].

4.      The money judgment is valid and remains unsatisfied. *See* Decl. of Culpepper at ¶3.

5.      On April 6, 2023, PLAINTIFFS' counsel sent Interrogatories ("ROGs") and Requests for Admissions ("RFA") to Defendant having a response deadline of 30 days (May 6, 2023). *See Id*. at ¶4, Ex. "1".

6.      On May 13, 2023, PLAINTIFFS' counsel sent a letter by first class mail to Defendant requesting to meet and confer regarding the present motion. *See* Decl. of Culpepper at ¶5; Ex. "2".

7.      As of the date of this motion, Defendant has not responded to the meet and confer request. *See Id*. at ¶6.

**II.        LEGAL STANDARD**

8.         Rule 69(a)(2) provides that a Judgment Creditor "…may obtain discovery from any person…as provided in these rules or by the procedure of the state where the court is located."

9.         Rule 26(b)(1) provides that discovery may be taken regarding *inter alia* any nonprivileged matter that is relevant and proportional to the needs of the case.

10.        Rule 36(a)(3) provides that a matter is admitted unless the party to whom the request for admissions is directed serves on the requesting party a written answer or objection within 30 days after being served. *See United States v. Coe*, No. 3:21-cv-566-K-BN, 2022 U.S. Dist. LEXIS 222620 (N.D. Tex. Oct. 31, 2022).

11.        Rule 37 provides the court authority to order compliance with discovery. *See* Rule 37(a)(1)(A).

12.        Rule 37(b)(2)(a) provides that if a party or party's officer fails to comply with a discovery order the court may issue additional orders including rendering default judgment against that party and treating as contempt of court the failure to obey any order. Rule 37(b)(2)(a)(vi)-(vii).

13.        Rule 45(a)(1)(D) provides for subpoenas to third-parties to produce documents.

**III.       PLAINTIFFS' MOTION TO COMPEL SHOULD BE GRANTED**

14.        The ROGs and RFAs Plaintiffs served on Defendant are permitted by Rule 69(a). The evidence requested in the ROGs and RFAs is clearly "proportional to the needs of the case" because it is necessary for enforcing the money judgment per Rule 26(b).

15.     Defendant failed to respond or object to the ROGs despite being served with them and being sent a request to meet and confer regarding this issue. *See* Decl. of Culpepper at ¶¶4-6.

16.     Accordingly, Plaintiffs respectfully request that the Court compel Defendant to answer the ROGs without objections and grant its attorney's fees for bringing this motion as a sanction for failing to comply with valid discovery. Plaintiffs' counsel can provide a supplemental declaration detailing his fees and costs.

IV.     **PLAINTIFFS' REQUESTS FOR ADMISSION SHOULD BE DEEMED ADMITTED**

17.     Defendant failed to respond or object to the Request for Admissions within thirty days of being served despite Plaintiffs' counsel's request to meet and confer regarding this issue. *See* Decl. of Culpepper at ¶¶4-6.

18.     Pursuant to Rule 36(a)(3), Plaintiffs request that the court deem the Requests for Admission admitted.

V.      **CONCLUSION**

19.     For the reasons stated, Plaintiffs respectfully request that the Court compel Defendant to respond to the ROGs, deem that Defendant has admitted to the Request for Admission, and order Defendant to pay Plaintiffs' attorney's fees and costs for this motion as a sanction for willful failure to comply with discovery obligations.

DATED: Kailua Kona, Hawaii, May 22, 2023.

        Respectfully submitted,

        Kerry S. Culpepper
        **CULPEPPER IP, LLLC**
        75-170 Hualalai Road
        Suite B204
        Kailua-Kona, HI  96740
        808.464.4047 – Telephone
        kculpepper@culpepperip.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on <u>May 22, 2023</u> and by the methods of service noted below, a true and correct copy of the foregoing was served to the following:

<u>Via First Class Mail</u>
Sabrina Nicole Boylan
5853 SNARK LN
EL PASO, TX 79924-4940

DATED: Kailua-Kona, Hawaii, May 22, 2023.

Respectfully submitted,

Kerry S. Culpepper
**CULPEPPER IP, LLLC**
75-170 Hualalai Road
Suite B204
Kailua-Kona, HI  96740
808.464.4047 – Telephone
kculpepper@culpepperip.com

*Attorney for Plaintiffs*